UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILAUDI KARBOAU,<br><br>                Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | CASE NO. C18-619-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner initiated this action on May 25, 2018, to obtain release from immigration detention or a bond hearing. Dkt. 1. On June 11, 2018, petitioner was removed to Morocco pursuant to an administratively final order of removal. Dkt. 12-1. The Government now moves to dismiss this action as moot. Dkt. 12.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention, his claims were fully resolved by release

REPORT AND RECOMMENDATION - 1

1  from custody. *See id.* at 1065.  Accordingly, there is no collateral consequence that could be
2  redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*
3   The Court thus recommends that the Government's motion to dismiss be **GRANTED**,
4  petitioner's habeas petition be **DENIED**, and this action be **DISMISSED** with prejudice. A
5  proposed Order accompanies this Report & Recommendation.
6   This Report and Recommendation is not an appealable order.  Therefore a notice of
7  appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
8  assigned District Judge enters a judgment in the case.
9   Objections, however, may be filed and served upon all parties no later than **August 15,**
10 **2018.**  The Clerk should note the matter for **August 17, 2018**, as ready for the District Judge's
11 consideration if no objection is filed.  If objections are filed, any response is due within 14 days
12 after being served with the objections.  A party filing an objection must note the matter for the
13 Court's consideration 14 days from the date the objection is filed and served.  The matter will
14 then be ready for the Court's consideration on the date the response is due.  Objections and
15 responses shall not exceed five pages.  The failure to timely object may affect the right to appeal.
16   DATED this 25th day of July, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2