UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILAUDI KARBOAU,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C18-619-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.

2. The Government's motion to dismiss, Dkt. 12, is **GRANTED**.

3. Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** with prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of August, 2018.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 1